## SECOND DEPARTMENT, JULY, 1959

### (July 6, 1959)

■ ALFRED A. AMENDOLA et al., Respondents, v. LEON LIANIDES et al., Appellants, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ HOPE N. GARDNER, Appellant, v. R. J. LE BOEUF, JR., et al., Constituting the Board of Trustees of the Incorporated Village of Old Westbury, Respondents.— Motion referred to the court that rendered the decision. Present —Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ PELLIGRINO A. GRISAFI, as Administrator of the Estate of VALERIE K. GRISAFI, Deceased, et al., Respondents, v. BENJAMIN RUBENSTEIN, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J. Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of the Application of SEYMOUR D. REICH for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice, with leave to renew upon proper proof of compliance with the applicable rules. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■ ESTHER PERCHICK, Appellant, v. NEW YORK CITY HOUSING AUTHORITY et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ ATTORAM REALTY CORP., Respondent, v. TOWN & COUNTRY BUILDERS, INC., Defendant, and HUTCHINSON ESTATES No. 3, INC., et al., Appellants.— Appeal from so much of a judgment entered after trial as (1) enjoined appellants from collecting surface waters on their land and discharging such waters onto respondent's land, and (2) as awarded respondent money damages against the appellant Hutchinson Estates No. 4, Inc. Appellants were the owners of several tracts of land in the Town of Greenburgh, Westchester County, to the east of a tract of land owned by the respondent. Appellants developed their land with one-family houses and in connection therewith built an 18-inch drain and two 21-inch drains to drain off excess rain waters from the development. Respondent claims that the increased flow of rain water caused by these drains resulted in the formation of deep gullies on its property. The trial court found this to be the fact, awarded damages of almost $13,000 payable by appellant Hutchinson Estates No. 4, Inc., for the restoration of respondent's property, and enjoined both appellants from further discharging such water. Judgment insofar as appealed from reversed, without costs, and a new trial granted for the limited purposes of (1) ascertaining